# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA GOODELL,<br>　　Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED<br>PARTNERSHIP, *et al.*,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>CIVIL ACTION NO. H-12-2118 |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between Plaintiff and Defendants, the Court dismisses this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **March 4, 2013,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this 4th day of **February, 2013**.

_____
Nancy F. Atlas
United States District Judge